No. 454. CHESAPEAKE & OHIO RY. CO., PLAINTIFF IN ERROR, *v.* JOHN B. SHAW. In error to the Court of Appeals of the State of Kentucky. Submitted January 30, 1917. Decided March 6, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Louisville & Nashville R. R. Co.* v. *Parker,* 242 U. S. 14; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169. *Mr. E. L. Worthington, Mr. W. D. Cochran* and *Mr. LeWright Browning* for plaintiff in error. *Mr. Allan D. Cole* for defendant in error.

---

No. 466. NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY, PLAINTIFF IN ERROR, *v.* TOY HENRY. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss or affirm or place on the summary docket submitted March 6, 1917. Decided March 12, 1917. *Per Curiam.* Judgment affirmed with costs and 5 per cent. damages upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169. *Mr. D. H. Hughes* and *Mr. Charles K. Wheeler* for plaintiff in error. *Mr. Samuel A. Anderson* for defendant in error.